# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEIDI FIORENTINO,<br><br>    Plaintiff,<br><br>    v.<br><br>PHILADELPHIA INDEMNITY INSURANCE COMPANY,<br><br>    Defendant. | Case No. 1: 24-cv-01023-KES-SAB<br><br>ORDER REQUIRING DEFENDANT TO FILE RESPONSIVE PLEADING<br><br>DEADLINE: September 4, 2024 |

On July 26, 2024, Heidi Fiorentino ("Plaintiff") filed this action in the Fresno County Superior Court against Philadelphia Indemnity Insurance Company ("Defendant") alleging violations of California law. (ECF No. 1-2.) Service of the summons and complaint was completed on August 1, 2024. (ECF No. 1-4.) On August 28, 2024, Defendant removed the action to the Eastern District of California. (ECF No. 1.)

Pursuant to the Federal Rules of Civil Procedure, "[a] defendant who did not answer before removal must answer or present other defenses or objections under these rules within the longest of these periods: (A) 21 days after receiving--through service or otherwise--a copy of the initial pleading stating the claim for relief; (B) 21 days after being served with the summons for an initial pleading on file at the time of service; or (C) 7 days after the notice of removal is filed." Fed. R. Civ. P. 81(c)(2).

1

1    Defendant's notice of removal does not include an answer filed in the state court.
2 Accordingly, IT IS HEREBY ORDERED that Defendant shall file a responsive pleading within
3 **seven (7)** days after the notice of removal was filed.

IT IS SO ORDERED.

Dated:   **August 29, 2024**

UNITED STATES MAGISTRATE JUDGE