Warren R. Paboojian, No. 128462
wrp@paboojianlaw.com
Adam B. Stirrup, No. 257683
abs@paboojianlaw.com
PABOOJIAN, INC.
720 West Alluvial Avenue
Fresno, California 93711
Telephone: (559) 431-5366
Facsimile: (559) 431-1702

Attorneys for Plaintiff
HEIDI FIORENTINO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| HEIDI FIORENTINO,<br><br>          Plaintiff,<br><br>vs.<br><br>PHILADELPHIA INDEMNITY INSURANCE COMPANY,<br><br>          Defendant. | Case No. 1:24-cv-01023-KES-SAB<br><br>**STIPULATION ON JOINT REQUEST TO RESET HEARING ON DEFENDANT'S MOTION TO DISMISS; AND ORDER THEREON**<br><br>Hearing:<br>Date    :    November 12, 2024<br>Time   :    1:30 p.m.<br>Courtroom:    6<br><br>Judge: Hon. Kirk E. Sherriff |

**STIPULATION**

It is hereby stipulated between Plaintiff, HEIDI FIORENTINO and Defendant, PHILADELPHIA INDEMNITY INSURANCE COMPANY, by and through their respective counsel, that the hearing on Defendant, PHILADELPHIA INDEMNITY INSURANCE COMPANY'S motion to dismiss [4], currently set for November 12, 2024, be reset to a new date that is available for all counsel and the court, as follows:

1.   On October 31, 2024, the court on its own motion [15], reset the hearing on Defendant, PHILADELPHIA INDEMNITY INSURANCE COMPANY'S motion to dismiss [4], previously set for November 4, 2024, to November 12, 2024.

2.   Plaintiff's counsel is not available on November 12, 2024, due to a long standing all-day mediation that was previously set months ago in the case of *Evans v. Tyrrell, et al.* (Fresno

1  County Superior Court Case No. 23CECG01862).  *Evans* is a complicated multi-party personal
2  injury case wherein Plaintiff's counsel represents a seriously injured plaintiff that passed away.
3  There are seven separate counsel scheduled to participate in the mediation.

4      3.    Counsel met and conferred on November 4, 2024, and confirmed that all counsel are
5  available on **November 20, 2024**, **December 4, 2024**, and **December 5, 2024**, at 1:30 PM for the
6  hearing on Defendant's motion to dismiss.

7      4.    Based on the foregoing, counsel jointly request that the hearing on Defendant's
8  motion to dismiss be reset to one of the foregoing dates based on the court's availability.  If the court
9  is not available on any of these dates, counsel will meet and confer further to provide additional
10 availability in December to clear with the court's calendar.

11     IT IS SO STIPULATED.

12 Dated: November 4, 2024                                                      PABOOJIAN, INC.

14                                                By: /s/ Adam B. Stirrup
15                                                                   Adam B. Stirrup
                                  Attorneys for Plaintiff, HEIDI FIORENTINO

16 Dated: November 4, 2024                                                   CLYDE & CO US LLP

18                                                By: /s/ Alec H. Boyd [Authorized 11/4/24]
19                                                                 Alec H. Boyd
                                  Attorneys for Defendant, PHILADELPHIA
20                                   INDEMNITY INSURANCE COMPANY

21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

PABOOJIAN, INC.
720 West Alluvial Avenue
Fresno, CA 93711

**ORDER**

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the hearing on Defendant, Philadelphia Indemnity Insurance Company's [4] motion to dismiss, currently set for November 12, 2024, is RESET to December 5, 2024, at 1:30 PM in Courtroom 6 before District Judge Kirk E. Sherriff.

IT IS SO ORDERED.

Dated:   November 6, 2024

_____
UNITED STATES DISTRICT JUDGE