1
2
3
4
5
6
7
8              **UNITED STATES DISTRICT COURT**
9              **EASTERN DISTRICT OF CALIFORNIA**
10

HEIDI FIORENTINO,                          Case No.  1:24-cv-01023-KES-SAB

            Plaintiff,                     **STIPULATION AND ORDER ON JOINT REQUEST TO EXTEND TIME FOR FILING OF MOTION TO DISMISS**

            v .

PHILADELPHIA INDEMNITY
INSURANCE COMPANY, and DOES 1
through 25, inclusive,

            Defendants.

## STIPULATION

It is hereby stipulated between plaintiff, HEIDI FIORENTINO and defendant, PHILADELPHIA INDEMNITY INSURANCE COMPANY, by and through their respective counsel, that the filing deadline for defendant PHILADELPHIA INDEMNITY INSURANCE COMPANY'S motion to dismiss, currently set for Tuesday, January 21, 2025, be reset to Friday, January 24, 2025, so that parties may have time to conduct settlement negotiations, as follows:

1.   On December 30, 2024, plaintiff filed a first amended complaint, Doc. 20;

2.   Per the Court's order granting motion to dismiss with partial leave to amend, defendant has 21 days from the date of the filing of the first amended complaint to file a motion to dismiss, and that deadline will fall on Tuesday, January 21, 2025, in light of the federal holiday;

3.   The parties are engaged in settlement discussions; and

4.   Based on the foregoing, counsel jointly request that the deadline for the filing of defendant's motion to dismiss be reset to Friday, January 24, 2025.

IT IS SO STIPULATED.

Dated: January 17, 2025                Respectfully submitted,

                                       PABOOJIAN, INC.


                                       By: /s/ Adam B. Stirrup  (authorized to sign)
                                           Adam B. Stirrup
                                           Attorneys for Plaintiff HEIDI FIORENTINO


Dated:  January 17, 2025               CLYDE & CO US LLP



                                       By:   /s/ Alec H. Boyd
                                             Amy M. Samberg
                                             Alec H. Boyd
                                             Attorneys for Defendant PHILADELPHIA
                                             INDEMNITY INSURANCE COMPANY

**<u>ORDER</u>**

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the deadline for defendant to file its motion to dismiss is extended to Friday, January 24, 2025.

IT IS SO ORDERED.

Dated:  __January 17, 2025__

_____

UNITED STATES DISTRICT JUDGE

1

**CERTIFICATE OF SERVICE**

2

  At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Los Angeles, State of California.  My business address is 355 S. Grand Avenue, Suite 1400, Los Angeles, CA 90071.

3

4

  On **January 17, 2025,** I served true copies of the following document(s) described as **STIPULATION ON JOINT REQUEST TO EXTEND TIME FOR FILING OF MOTION TO DISMISS; AND ORDER THEREON** on the interested parties in this action as follows:

5

6

| | |
|---|---|
| Warren R. Paboojian<br>PABOOJIAN, INC.<br>720 West Alluvial Avenue<br>Fresno, CA  93711<br>Phone: (559) 431-5366<br>wrp@paboojianlaw.com | Attorneys for Plaintiff ***HEIDI FIORENTINO*** |

7

8

9

10

11  ☒  **EMAIL** - by transmitting via email the document(s) listed above to the email address(es) set forth in the attached Service List below on this day before 5:00 p.m.

12  ☐  MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail in Los Angeles, California addressed as set forth below.

13

14  ☐  PERSONAL SERVICE - by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

15

16  ☐  OVERNIGHT COURIER - by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below via Federal Express.

17

18   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

19   Executed on **January 17, 2025,** at Los Angeles California.

20

21       /s/ Gale L. Matteson

      Gale L. Matteson

22

23

24

25

26

27

28

4