# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEIDI FIORENTINO,<br><br>            Plaintiff,<br><br>    v.<br><br>PHILADELPHIA INDEMNITY INSURANCE COMPANY,<br><br>            Defendant. | Case No. 1:24-cv-01023-KES-SAB<br><br>ORDER RE: STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER<br><br>(ECF No. 21) |

Before the Court is the parties' stipulation for an extension of time for Defendant to answer the first amended complaint. For good cause shown, the Court approves the stipulation and hereby ORDERS that Defendant shall have through January 24, 2025, to file an answer or otherwise respond to the complaint.

IT IS SO ORDERED.

Dated:   **January 17, 2025**

STANLEY A. BOONE
United States Magistrate Judge