# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEIDI FIORENTINO, | Case No. 1:24-cv-01023-KES-SAB |
| Plaintiff, | ORDER VACATING PENDING DATES AND REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS |
| v. | |
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, | (ECF No. 24) |
| Defendant. | **MARCH 21, 2025 DEADLINE** |

On January 21, 2025, Plaintiffs filed a notice of settlement, informing the Court that this matter has been resolved and that dispositional documents will be filed no later than March 21, 2025. (ECF No. 24.)

Accordingly, pursuant to the stipulation, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and

2. The parties shall file dispositional documents **no later than March 21, 2025**.

IT IS SO ORDERED.

Dated: **January 22, 2025**

STANLEY A. BOONE
United States Magistrate Judge